Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Major R. Rainey** | : | Case No. 13−20060−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| JPMorgan Chase Bank, National Association | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 23 |
| v. | : | |
| Major R. Rainey and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

  **AND NOW**, this **23rd day of September, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, National Association* at Claim No. 23 in the above−captioned bankruptcy case,

  It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)   an *AMENDED CHAPTER 13 PLAN;*

(2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

  *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-20060-GLT
Major R. Rainey                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz               Page 1 of 2           Date Rcvd: Sep 23, 2016
                              Form ID: 237             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db         +Major R. Rainey,    2415 Allequippa Street,    Apt 110,    Pittsburgh, PA 15213-2330
cr          JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
             Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA   71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               elane@cohenseglias.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com

```
District/off: 0315-2           User: amaz                 Page 2 of 2                  Date Rcvd: Sep 23, 2016
                               Form ID: 237               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com, dwells@metzlewis.com
         Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
         Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte    Rabner SAK@SAKLAW.COM
         William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                                                                                     TOTAL: 30