# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Major R. Rainey  
        Debtor(s)

CHAPTER 13

BKY. NO. 13-20060

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6759

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**  
                James C. Warmbrodt, Esquire  
                jwarmbrodt@kmllawgroup.com  
                Attorney I.D. No. 42524  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106  
                Phone: 215-825-6306  
                Fax: 215-825-6406  
                Attorney for Movant/Applicant