2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-20060-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Major R. Rainey
2415 Allequippa Street
Apt 110
Pittsburgh PA 15213

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, 1 Home Campus X2302-041, Des Moines, IA 50306

Name and Address of Transferee:

Fay Servicing, LLC
939 W North Ave
Ste. 680
Chicago, IL 60642

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/02/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-20060-GLT
Major R. Rainey                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 2              Date Rcvd: Jan 31, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
13759877         Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage,    1 Home Campus X2302-041,
                   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               elane@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Jan 31, 2017
                              Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com, dwells@metzlewis.com
        Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
        Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte    Rabner SAK@SAKLAW.COM
        William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                                                               TOTAL: 32