**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**

**Major R. Rainey,**                                                        **CASE NO.: 13-20060-GLT**

  **Debtor.**                                                                      **CHAPTER 13**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                                                        /s/ Cristina DiGiannantonio
                                                                        Cristina DiGiannantonio
                                                                        Attorney for Creditor
                                                                        RAS Crane LLC
                                                                        10700 Abbott's Bridge Road
                                                                        Suite 170
                                                                        Duluth, GA  30097
                                                                        Telephone: 470-321-7112
                                                                        Fax: 404-393-1425
                                                                        Email: cdigiannantonio@rascrane.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on February 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF ALBERT G. REESE, JR.
LAW OFFICE OF ALBERT G. REESE, JR.
640 RODI ROAD, 2ND FLOOR, SUITE 2
PITTSBURGH, PA  15235

MAJOR R. RAINEY
2415 ALLEQUIPPA STREET
APT 110
PITTSBURGH, PA  15213

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

/s/ Cristina DiGiannantonio
Cristina DiGiannantonio
Attorney for Creditor
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: cdigiannantonio@rascrane.com