# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| MAJOR R. RAINEY | Case No. 13-20060GLT |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| COUNTY OF ALLEGHENY (R/E TAX)* | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

THE CREDITOR HAS NOT WITHDRAWN OR AMENDED ITS CLAIM AS TO THIS PARCEL.

| | |
|---|---|
| COUNTY OF ALLEGHENY (R/E TAX)* | Court claim# 6/Trustee CID# 78 |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | |
| POB 200 | |
| BETHEL PARK, PA 15102 | |

The Movant further certifies that on 04/17/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MAJOR R. RAINEY, 2415 ALLEQUIPPA STREET, APT 110, PITTSBURGH, PA  15213 | :<br>GOEHRING RUTTER & BOEHM, 1424 FRICK BLDG, 437 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (R/E TAX)*, %JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 |
| DEBTOR'S COUNSEL:<br>ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA  15235 | |
| NEW CREDITOR: | |