**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MAJOR R. RAINEY | Case No. 13-20060GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PITTSBURGH WATER & SEWER AUTH* | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| PITTSBURGH WATER & SEWER AUTH*<br>C/O JORDAN TAX SERVICE INC*<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 7/Trustee CID# 29 |

The Movant further certifies that on 05/19/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | : |
|---|---|
| MAJOR R. RAINEY, 2415 ALLEQUIPPA STREET, APT 110, PITTSBURGH, PA 15213 | GOEHRING RUTTER & BOEHM, 1424 FRICK BLDG, 437 GRANT ST, PITTSBURGH, PA 15219 |
| ORIGINAL CREDITOR: | ORIGINAL CREDITOR'S COUNSEL: |
| PITTSBURGH WATER & SEWER AUTH*, C/O JORDAN TAX SERVICE INC*, 102 RAHWAY RD, MCMURRAY, PA 15317 | JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA 15219-6107 |
| DEBTOR'S COUNSEL: | |
| ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA 15235 | |
| NEW CREDITOR: | |