## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MAJOR R. RAINEY                                     Case No. 13-20060GLT


                    Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

                    Movant
          vs.                                       Document No __
PITTSBURGH WATER & SEWER AUTH*


          Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.


PITTSBURGH WATER & SEWER AUTH*         Court claim# 7/Trustee CID# 24
C/O JORDAN TAX SERVICE INC*
102 RAHWAY RD
MCMURRAY, PA 15317


The Movant further certifies that on 05/19/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                        /s/ Ronda J. Winnecour
                                        RONDA J WINNECOUR PA ID #30399
                                        CHAPTER 13 TRUSTEE WD PA
                                        600 GRANT STREET
cc: debtor(s)                           SUITE 3250 US STEEL TWR
      original creditor                 PITTSBURGH, PA  15219
      putative creditor                 (412) 471-5566
      counsel for debtor(s)             cmecf@chapter13trusteewdpa.com
      counsel for the creditor(s) (if known)

DEBTOR(S):
MAJOR R. RAINEY, 2415
ALLEQUIPPA STREET, APT 110,
PITTSBURGH, PA  15213

ORIGINAL CREDITOR:
PITTSBURGH WATER & SEWER
AUTH*, C/O JORDAN TAX SERVICE
INC*, 102 RAHWAY RD, MCMURRAY,
PA  15317

DEBTOR'S COUNSEL:
ALBERT G REESE JR ESQ, THE LAW
OFFICE OF ALBERT G REESE JR, 640
RODI RD 2ND FL STE 2,
PITTSBURGH, PA  15235

NEW CREDITOR:

:
GOEHRING RUTTER & BOEHM, 1424
FRICK BLDG, 437 GRANT ST,
PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GOEHRING
ET AL, 437 GRANT ST 14TH FL,
PITTSBURGH, PA  15219-6107