**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 13-20060-GLT |
| Major R. Rainey | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| Major R. Rainey | ) | Doc. No.: |
| Movant | ) | |
| | ) | Hearing Date: 06/22/2017 at 9:00AM |
| vs | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

I, Albert G. Reese, Jr., declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, Floor 2, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before **June 6, 2016**, I served a copy of the **Modified Order of Court** upon the parties listed below. The types of services made on the parties were: **Electronic Notification and/or U.S. First Class Mail**

**Service by Electronic Mail:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com,
ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.court drive.com

Joshua D. Baker on behalf of Defendant JPMorgan Chase Bank, N.A.
jbaker@metzlewis.com, dwells@metzlewis.com

Danielle Boyle-Ebersole on behalf of Creditor Wells Fargo Bank, N.A.
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Danielle Boyle-Ebersole on behalf of Defendant Wells Fargo Bank, N.A.
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Christopher A. DeNardo on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al...
pabk@logs.com

Christopher A. DeNardo on behalf of Defendant JPMorgan Chase Bank, N.A.
pabk@logs.com

Andrew F Gornall on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Andrew F Gornall on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae")
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Andrew F Gornall on behalf of Defendant JPMorgan Chase Bank, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jeffrey R. Hunt on behalf of Creditor Allegheny County
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Borough of Swissvale
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor City and SD of Pittsburgh
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Gregory Javardian on behalf of Creditor Bayview Loan Servicing, LLC
greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com

Gregory Javardian on behalf of Defendant Bayview Loan Servicing, LLC
greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com

Stanley A. Kirshenbaum on behalf of Spec. Counsel Monte Rabner
SAK@SAKLAW.COM

Jeremy J. Kobeski on behalf of Creditor WELLS FARGO BANK, N.A.
pawb@fedphe.com

Jill Manuel-Coughlin on behalf of Creditor Bayview Loan Servicing, LLC
jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com

Jill Manuel-Coughlin on behalf of Creditor WELLS FARGO BANK, N.A.
jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com

James McNally on behalf of Defendant JPMorgan Chase Bank, N.A.
jmcnally@metzlewis.com

William E. Miller on behalf of Creditor The Bank of New York Mellon, et al., by its servicer Ocwen Loan Servicing, LLC
wmiller@sterneisenberg.com, ddelvecchio@sterneisenberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James A. Prostko on behalf of Defendant JPMorgan Chase Bank, N.A.
pawb@fedphe.com, james.prostko@phelanhallinan.com

James A. Prostko on behalf of Defendant Wells Fargo Bank, N.A.
pawb@fedphe.com, james.prostko@phelanhallinan.com

Leslie J. Rase, Esq. on behalf of Creditor The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

Leslie J. Rase, Esq. on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by U.S. First Class**

Major R. Rainey
2415 Allequippa Street
Apt 110
Pittsburgh, PA 15213

Allegheny County
County Office Building
542 Forbes Avenue
Third Floor
Pittsburgh, PA 15219

Ally Financial
PO Box 130424
Saint Paul, MN 55113

Andrew Gornall
Suite 5000 Mellon Independance
701 Market Street
Philadelphia, PA 19106

Bankruptcy Department
Wells Fargo Bank, NA
One Home Campus MAC X2302-04c
Des Moines, IA 50328

Bayview Financial Loan #16
4425 Ponce De Leon
Coral Gables, FL 33146

Bayview Loan Servicing LLC
4425 Ponce De Leon Blvd
Pittsburgh, PA 15235

Bayview Loan Servicing LLC
PO Box 331409

Miami, FL 33233-1409

Cbcs
Po Box 164089
Columbus, OH 43216

Chase #10
Po Box 24696
Columbus, OH 43224

Chase #11
PO Box 24696
Columbus, OH 43224

Chase #12
PO Box 24696
Columbus, OH 43224

Chase #5
PO Box 24696
Columbus, OH 43224

Chase #6
Po Box 24696
Columbus, OH 43224

Chase #7
PO Box 24696
Columbus, OH 43224

Chase #8
Po Box 24696
Columbus, OH 43224

chase home finance, LLC #13
LA4-5555
700 Kansas Lane
Monroe, LA 71203

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Citifinancial Retail Services
Citifinancial/Attn: Bankruptcy Dept
1111 Northpoint Dr
Coppell, TX 75019

City of Pittsburgh
City County Building

414 Grant Street
Pittsburgh, PA 15219

City of Pittsburgh Department of Finance
Bankruptcy
414 Grant Street
Pittsburgh, PA 15219

Credit Coll/usa
Po Box 873
Morgantown, WV 26507

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

David Fein
Suite 5000 Mellon Independance
701 Market Street
Philadelphia, PA 19106

Federman & Associates
305 Old York Road
Suite 300
Jenkintown, PA 19046

First Bank And Trust/s
Po Box 6000
Brookings, SD 57006

FRANCIS S. HALLINAN
1617 JFK Blvd
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Gemb/jcp
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106


KML Law Group PC
701 Market Street

Suite 5000
ATTN: Jill Jenkins
Philadelphia, PA 19106


Lowes / MBGA
PO Box 965060
Orlando, FL 32896-5060

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

Martha E. Von Rosenstiel, PC
649 South Avenue, Unit 7
Clifton Heights, PA 19018

NCO Financial Systems
Attn: Bankruptcy
Po Box 15270
Wilmington, DE 19850

Ocwen Loan Servicing, LLC
Attn: Bankruptcy
PO Box 24605
Suite 100
West Palm Beach, FL 33416-4605

PWSA
C/O Goehring, Rutter & Boehm
Jordan Tax Service
102 Rahaw Road
Canonsburg, PA 15317

Ross C. Cioppa, MDJ
300 Rankin Blvd
Braddock, PA 15104

Sams Club
Attention: Bankruptcy Department
Po Box 105968
Atlanta, GA 30353

Swissvale Borough
Swissvale Municipal Building
Municipal Code Enforcement Office
7560 Roslyn Street
Pittsburgh, PA 15218


US BANK NATIONAL ASSOCIATION
BANKRUPTCY DEPARTMENT
CHASE HOME FINANCE

3415 Vision Drive, DEPT OH4-7142
Columbus, OH 43219

Wachovia mortgage
PO Box 659406
San Antonio, TX 78265-9406

Weisfield Jewelers
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309

WELLS FARGO BANK #2
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251

Wells Fargo Bank N. A.
4101 Wiseman Blvd.
San Antonio, TX 78251

WELLS FARGO BANK NA #3
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251

Wells Fargo Hm Mortgage #14
8480 Stagecoach Cir
Frederick, MD 21701

Weltman, Weinberg & Reis Co., LPA
Po Box 93784
Cleveland, OH 44104-5784


Date: **June 6, 2016**                Respectfully submitted by:
                                       **/s/ Albert G. Reese, Jr., Esquire**
                                       Albert G. Reese, Jr., Esquire
                                       Law Office of Albert G. Reese, Jr.
                                       640 Rodi Road, 2nd Floor, Suite 2
                                       Pittsburgh, PA 15235
                                       (412) 241-1697
                                       (412) 241-1687 (fax)
                                       areese8897@aol.com