# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** MAJOR R. RAINEY
**Case Number:** 13-20060-GLT          **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 22, 2017 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matters:*

1) #301 - Trustee's Certificate of Default to Dismiss
   #321 - Proof of Payment filed by Debtor
   R / M #: 301 / 0

2) #312 - Amended Plan Dated 5-5-17 (FC)
   R / M #: 312 / 0

## *Appearances:*

Debtor: *Reese*
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __8-24-17__ at __1:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 JUN 22 P 1:51 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

6/16/2017   11:09:55AM