# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MAJOR R. RAINEY                              Case No. 13-20060GLT

        Debtor(s)
RONDA J. WINNECOUR,                          Chapter 13
Standing Chapter 13 Trustee,

        Movant                        Document No __
vs.
PITTSBURGH WATER & SEWER AUTH*

        Respondents

## NOTICE OF FUNDS ON RESERVE

  The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PITTSBURGH WATER & SEWER AUTH*          Court claim# 7/Trustee CID# 94
C/O JORDAN TAX SERVICE INC*
102 RAHWAY RD
MCMURRAY, PA 15317

The Movant further certifies that on 06/28/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                           /s/ Ronda J. Winnecour
                                           RONDA J WINNECOUR PA ID #30399
                                           CHAPTER 13 TRUSTEE WD PA
                                           600 GRANT STREET
cc:  debtor(s)                         SUITE 3250 US STEEL TWR
     original creditor                 PITTSBURGH, PA  15219
     putative creditor                 (412) 471-5566
     counsel for debtor(s)             cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>MAJOR R. RAINEY, 2415 ALLEQUIPPA STREET, APT 110, PITTSBURGH, PA  15213 | :<br>GOEHRING RUTTER & BOEHM, 1424 FRICK BLDG, 437 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>PITTSBURGH WATER & SEWER AUTH*, C/O JORDAN TAX SERVICE INC*, 102 RAHWAY RD, MCMURRAY, PA  15317 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 |
| DEBTOR'S COUNSEL:<br>ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA  15235 | |
| NEW CREDITOR: | |