**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MAJOR R. RAINEY | Case No. 13-20060GLT |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PITTSBURGH WATER & SEWER AUTH* | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

| | |
|---|---|
| PITTSBURGH WATER & SEWER AUTH* | Court claim# 7/Trustee CID# 88 |
| C/O JORDAN TAX SERVICE INC* | |
| 102 RAHWAY RD | |
| MCMURRAY, PA 15317 | |

The Movant further certifies that on 06/28/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
|  | RONDA J WINNECOUR PA ID #30399 |
|  | CHAPTER 13 TRUSTEE WD PA |
|  | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|    original creditor | PITTSBURGH, PA  15219 |
|    putative creditor | (412) 471-5566 |
|    counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|    counsel for the creditor(s) (if known) |  |

| | |
|---|---|
| DEBTOR(S):<br>MAJOR R. RAINEY, 2415 ALLEQUIPPA STREET, APT 110, PITTSBURGH, PA  15213 | :<br>GOEHRING RUTTER & BOEHM, 1424 FRICK BLDG, 437 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>PITTSBURGH WATER & SEWER AUTH*, C/O JORDAN TAX SERVICE INC*, 102 RAHWAY RD, MCMURRAY, PA  15317 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 |
| DEBTOR'S COUNSEL:<br>ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA  15235 | |
| NEW CREDITOR: | |