# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MAJOR R. RAINEY
**Case Number:** 13-20060-GLT        **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 24, 2017 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matters:*

1) #301 - Continued Trustee's Certificate of Default to Dismiss
   R / M #:   301 / 0

2) #312 - Continued Confirmation of Plan Dated 5/5/2017 (FC)
   R / M #:   312 / 0

### *Appearances:*

Debtor:   Atty in hosp
Trustee:  Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __11-2-17__ at __2:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2017   3:05:57PM