# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MAJOR R. RAINEY |
| **Case Number:** | 13-20060-GLT          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 02, 2017 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matters:*

1) #301 - Continued Trustee's Certificate of Default to Dismiss
   **R / M #:** 301 / 0

2) #312 - Continued Confirmation of Plan Dated 5/5/2017 (FC)
   **R / M #:** 312 / 0

### *Appearances:*

Debtor:    *Robinson*

Trustee: Winnecour / (Bedford) Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. ___✓___ An Amended Plan is to be served on all creditors and certificate of service filed by _11-9-17_.
   Objections are due on or before ___11-30-17___
   A hearing on the Amended Plan is set for __12-7-17__ at __2:30__.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: