# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | MAJOR R. RAINEY | |
| **Case Number:** | 13-20060-GLT | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 07, 2017 02:30 PM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
12/8/17 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matters:*

2) #301 - Continued Trustee's Certificate of Default to Dismiss
   R / M #:  301 / 0

1) #340 - Amended Plan Dated: 11/26/2017 (FC)
   R / M #:  340 / 0

### *Appearances:*

*Reese.*

Debtor:
Trustee:  Winnecour / Bedford / (Pail / Katz)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 2/22/18 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/1/2017   3:06:30PM