**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   MAJOR R. RAINEY

       Debtor(s)

  Ronda J. Winnecour

       Movant
    vs.

  PROF-2013-S3 LEGAL TITLE TRUST IV BY
US BANK NA - LGL TITLE TRUSTEE
       Respondent(s)

Case No. 13-20060GLT

Chapter 13

Document No.___

**NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL**

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 37
Court Claim Number - 3-2

1/17/2018

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  MAJOR R. RAINEY

            Debtor(s)                                  Case No.13-20060GLT

  Ronda J. Winnecour                                   Chapter 13

            Movant                                     Document No.___
       vs.

   PROF-2013-S3 LEGAL TITLE TRUST IV BY
US BANK NA - LGL TITLE TRUSTEE
            Respondent(s)

**CERTIFICATE OF SERVICE**

       I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

MAJOR R. RAINEY, 2415 ALLEQUIPPA STREET, APT 110, PITTSBURGH, PA  15213

ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA  15235
PROF-2013-S3 LEGAL TITLE TRUST IV BY US BANK NA - LGL TITLE TRUSTEE, C/O FAY SERVICING LLC(*), 3000 KELLWAY DR STE 150, CARROLLTON, TX  75006
FAY SERVICING LLC(*), 3000 KELLWAY DR STE 150, CARROLLTON, TX  75006

ROBERTSON ANSCHUTZ & SCHNEID PL, BANKRUPTCY DEPARTMENT, 6409 CONGRESS AVE STE 100, BOCA RATON, FL  33487

---

01/17/2018                          /s/ Renee Ward

                                    Administrative Assistant
                                    Office of the Chapter 13 Trustee
                                    CHAPTER 13 TRUSTEE WD PA
                                    600 GRANT STREET
                                    SUITE 3250 US STEEL TWR
                                    PITTSBURGH, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com