IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Major R. Rainey | ) | Case No.: 13-20060GLT |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____) | | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| | ) | Related Doc. 343 |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| Federal National Mortgage Assn | ) | |
| | ) | |
| Respondent(s) | ) | |
| | ) | |

WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN
FULL AT CLAIM NO 19

The Notice that Mortgage Claim has been Paid in Full that was filed in the above-

referenced case on December 1, 2017 (document #343) is hereby WITHDRAWN.

Respectfully Submitted,

2/01/2018                              /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Major R. Rainey | ) | Case No.: 13-20060GLT |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| | ) | Related Doc. 343 |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| Federal National Mortgage Assn | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Major Rainey
2415 Allequippa Street
Apt 110
Pittsburgh PA 15213

Albert G. Reese, Jr., Esquire
640 Rodi Road 2nd Floor Suite 2
Pittsburgh PA 15235

Federal National Mortgage Assn
c/o Seterus Inc
PO Box 1047
Hartford CT 06143-1047

Andrew Gornall, Esquire
KML Law Group PC
701 Market Street Suite 5000
Philadelphia PA 19106


2/01/2018                         S/ Dianne DeFoor
Date                              Office of the Chapter 13 Trustee
                                  US Steel Tower – Suite 3250
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  412) 471-5566