IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Major R. Rainey ) | Case No.: 13-20060GLT |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | Related Doc. 343 |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Federal National Mortgage Assn ) | |
| ) | |
| Respondent(s) ) | |
| ) | |

<u>WITHDRAWAL OF TRUSTEE'S  NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL AT CLAIM NO 19</u>

The Notice that Mortgage Claim has been Paid in Full that was filed in the above-referenced case on December 1, 2017 (document #344) is hereby WITHDRAWN.

 

Respectfully Submitted,

<u>2/01/2018</u>          <u>/s/ Ronda J. Winnecour</u>

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
 cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Major R. Rainey<br><br>　　　Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>　　　Movant,<br><br>　　　Vs.<br>Federal National Mortgage Assn<br><br>　　　Respondent(s) | Case No.: 13-20060GLT<br>　Chapter 13<br><br><br>Related Doc. 343 |

CERTIFICATE OF SERVICE

　　I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Major Rainey
2415 Allequippa Street
Apt 110
Pittsburgh PA 15213

Albert G. Reese, Jr., Esquire
640 Rodi Road 2nd Floor Suite 2
Pittsburgh PA 15235

Federal National Mortgage Assn
c/o Seterus Inc
PO Box 1047
Hartford CT 06143-1047

Andrew Gornall, Esquire
KML Law Group PC
701 Market Street Suite 5000
Philadelphia PA 19106

2/01/2018　　　　　　　　　　　　S/ Dianne DeFoor
Date　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee
　　　　　　　　　　　　　　　　　US Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　412) 471-5566