FILED
2/2/18 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Major R. Rainey<br><br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Federal National Mortgage Assn<br><br>    Respondent(s) | Case No.: 13-20060GLT<br> Chapter 13<br><br><br><br>Related to Dkt. Nos. 344 and 364 |

<u>WITHDRAWAL OF TRUSTEE'S  NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL AT CLAIM NO 19</u>

The Notice that Mortgage Claim has been Paid in Full that was filed in the above-referenced case on December 1, 2017 (document #344) is hereby WITHDRAWN.

Respectfully Submitted,

2/01/2018

/s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
February 02, 2018

_____
GREGORY L. ADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-20060-GLT
Major R. Rainey                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: amaz              Page 1 of 2         Date Rcvd: Feb 02, 2018
                             Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
```
db            +Major R. Rainey,    2415 Allequippa Street,    Apt 110,    Pittsburgh, PA 15213-2330
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                             Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
```
          Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Defendant   JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Christopher A. DeNardo    on behalf of Defendant   JPMorgan Chase Bank, N.A. pabk@logs.com
          Christopher A. DeNardo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
           al... pabk@logs.com
          Danielle Boyle-Ebersole    on behalf of Defendant   Wells Fargo Bank, N.A.
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          Danielle Boyle-Ebersole    on behalf of Creditor   Wells Fargo Bank, N.A.
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          Gregory Javardian    on behalf of Defendant   Bayview Loan Servicing, LLC greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Gregory Javardian    on behalf of Creditor   Bayview Loan Servicing, LLC greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Heather Stacey Riloff    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
          James McNally    on behalf of Defendant   JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
           ypearsol@cohenseglias.com
          James Warmbrodt    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Defendant   Wells Fargo Bank, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Defendant   JPMorgan Chase Bank, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
          Jeffrey R. Hunt    on behalf of Creditor   City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Swissvale jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeniece D. Davis    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com, bonnie@mvrlaw.com
```

```
District/off: 0315-2          User: amaz              Page 2 of 2           Date Rcvd: Feb 02, 2018
                              Form ID: pdf900         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com,
               dwells@metzlewis.com
              Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New
               York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the
               Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte  Rabner SAK@SAKLAW.COM
              William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer
               Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 33
```