38415zpw/14-00769

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: MAJOR R. RAINEY | : | |
| DEBTOR | : | BKY NO.  13-20060- GLT |
| | : | |
| SETERUS, INC. AS AUTHORIZED | : | CHAPTER  13 |
| SUBSERVICER FOR FEDERAL | : | |
| NATIONAL MORTGAGE ASSOCIATION | : | |
| ("FANNIE MAE") | | |
| CREDITOR | | |
| | | |
| RONDA J. WINNECOUR | | |
| TRUSTEE | | |

## **PRAECIPE TO WITHDRAW THE NOTICE OF MORTGAGE PAYMENT CHANGE**

TO THE CLERK OF THE BANKRUPTCY COURT:

     Kindly mark the Notice of Mortgage Payment Change filed in the name of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc on January 8, 2018, at Court Claim No. 19, as withdrawn.

                                  **/s/ Heather Riloff, Esquire**
                                  **Heather Riloff, Esquire**
                                  **Martha E. Von Rosenstiel, P.C.**
                                  **649 South Avenue, Unit 6**
                                  **Secane, PA 19018**
                                  **Attorney I.D. #309906**
                                  [heather@mvrlaw.com](mailto:heather@mvrlaw.com)
                                  **610-328-2887 x 13**

Robert L. Williams, Esq.
15 Duff Road, Suite 6C
Pittsburgh, PA 15235

Major R. Rainey
2415 Allequippa Street, Apartment 110
Pittsburgh, PA 05213

Ronda J. Winnecour, Electronic service
600 Grant Street, Suite 3250 US Tower
Pittsburgh, PA 15219

38415zpw/14-00769