38415zpw/14-00769

FILED
2/8/18 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: MAJOR R. RAINEY | : | |
|     DEBTOR | : | BKY NO. 13-20060- GLT |
| | : | |
| SETERUS, INC. AS AUTHORIZED | : | CHAPTER 13 |
| SUBSERVICER FOR FEDERAL | : | |
| NATIONAL MORTGAGE ASSOCIATION | : | Related to Dkt. No. 369 |
| ("FANNIE MAE") | | |
|     CREDITOR | | |
| | | |
| RONDA J. WINNECOUR | | |
|     TRUSTEE | | |

### PRAECIPE TO WITHDRAW THE NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly mark the Notice of Mortgage Payment Change filed in the name of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc on January 8, 2018, at Court Claim No. 19, as withdrawn.

                                        **/s/ Heather Riloff, Esquire**
                                        **Heather Riloff, Esquire**
                                        **Martha E. Von Rosenstiel, P.C.**
                                        **649 South Avenue, Unit 6**
                                        **Secane, PA 19018**
                                        **Attorney I.D. #309906**
                                        [heather@mvrlaw.com](mailto:heather@mvrlaw.com)
                                        **610-328-2887 x 13**

Robert L. Williams, Esq.
15 Duff Road, Suite 6C
Pittsburgh, PA 15235

Major R. Rainey
2415 Allequippa Street, Apartment 110
Pittsburgh, PA 05213

Ronda J. Winnecour, Electronic service
600 Grant Street, Suite 3250 US Tower
Pittsburgh, PA 15219

SO ORDERED
February 08, 2018

_____
GREGORY L. TADDONIO   cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 13-20060-GLT
Major R. Rainey                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz              Page 1 of 2           Date Rcvd: Feb 08, 2018
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db             +Major R. Rainey,    2415 Allequippa Street,    Apt 110,    Pittsburgh, PA 15213-2330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") heather@mvrlaw.com,    Michelle@mvrlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com

```
District/off: 0315-2           User: amaz                  Page 2 of 2                  Date Rcvd: Feb 08, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com, dwells@metzlewis.com
          Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte  Rabner SAK@SAKLAW.COM
          William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                            TOTAL: 33