Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Major R. Rainey**
Debtor(s)

Bankruptcy Case No.: 13–20060–GLT
Issued Per 2/22/2018 Proceeding
Chapter: 13
Docket No.: 375 – 301, 342
Concil. Conf.: February 22, 2018 at 01:30 PM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* **PLAN CONFIRMATION:**

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 11/26/2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 22, 2018 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.  Additional Terms: Debtor shall resume long term debts beginning 4/18.

The Trustee's Certificate of Default to Dismiss is Dismissed as Withdrawn.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 23, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 13-20060-GLT
Major R. Rainey                                                                Chapter 13
        Debtor            **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: dbas                Page 1 of 4               Date Rcvd: Feb 23, 2018
                              Form ID: 149              Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db            +Major R. Rainey,   2415 Allequippa Street,   Apt 110,   Pittsburgh, PA 15213-2330
cr             Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Fay Servicing, LLC,   Bankruptcy Department,   939 W. North Avenue Suite 680,
                Chicago, IL 60642-1231
cr            +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,   Plainview, NY 11803-4224
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Chase Records Ctr Attn Correspond Mail,
                Mail Code LA4-5555 700 Kansas Lane,   Monroe, LA  71203
cr            +PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na,   Robertson, Anschutz & Schneid, P.L.,
                Bankruptcy Department,   6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
cr             The Bank of New York Mellon, by its attorney in fa,   Stern & Eisenberg, PC,
                261 Old York Road,   410 The Pavilion,   Jenkintown, PA  19046
cr            +The Bank of New York Mellon, et al., by its servic,   Stern & Eisenberg, PC,
                1581 Main Street, Suite 200,   Warrington, PA 18976-3400
cr            +WELLS FARGO BANK, N.A.,   MAC X7801-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
cr            +Wells Fargo Bank, N.A.,   a/k/a Wachovia Mortgage,   4101 Wiseman Blvd,
                San Antonio, TX 78251-4200
13543079      +Bankruptcy Department,   Wells Fargo Bank, NA,   One Home Campus MAC X2302-04c,
                Des Moines, IA 50328-0001
13543082       Bayview Loan Servicing LLC,   PO Box 331409,   Miami, FL 33233-1409
13543081       Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd,   Pittsburgh, PA 15235
13591615      +Borough of Swissvale,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13543093      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Attn.: Centralized Bankruptcy,   Po Box 20363,
                Kansas City, MO 64195)
13543083       Cbcs,   Po Box 164089,   Columbus, OH 43216
13543084      +Chase #10,   Po Box 24696,   Columbus, OH 43224-0696
13543085      +Chase #11,   PO Box 24696,   Columbus, OH 43224-0696
13543086      +Chase #12,   PO Box 24696,   Columbus, OH 43224-0696
13543087      +Chase #5,   PO Box 24696,   Columbus, OH 43224-0696
13543088      +Chase #6,   Po Box 24696,   Columbus, OH 43224-0696
13543089      +Chase #7,   PO Box 24696,   Columbus, OH 43224-0696
13543090      +Chase #8,   Po Box 24696,   Columbus, OH 43224-0696
13543091      +Chase #9,   PO Box 24696,   Columbus, OH 43224-0696
13543094      +Citifinancial Retail Services,   Citifinancial/Attn: Bankruptcy Dept,   1111 Northpoint Dr,
                Coppell, TX 75019-3831
13591614      +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13543095      +City of Pittsburgh Department of Finance,   Bankruptcy,   414 Grant Street,
                Pittsburgh, PA 15219-2419
13591611      +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14356768      +Fay Servicing, LLC,   3000 Kellway Dr.,   Ste 150,   Carrollton TX 75006-3357
14332379      +Fay Servicing, LLC,   Bankruptcy Department,   3000 Kellway Dr.,   Ste 150,
                Carrollton TX 75006-3357
13543098       Federman & Associates,   305 Old York Road,   Suite 300,   Jenkintown, PA 19046
13543099      +First Bank And Trust/s,   Po Box 6000,   Brookings, SD 57006-6000
13543102      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13775603      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Chase Records Center,   Attn: Correspondence Mail,
                Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13828431      +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7133,   Columbus, OH 43219-6009
13631742      +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail, Mail code LA4,
                700 Kansas Lane,   Monroe, LA 71203-4774
13716145      +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
                Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13543104      +Jordan Tax Service,   102 Rahway Road,   C/O Pittsburgh Water & Sewer,
                Canonsburg, PA 15317-3349
13543103      +Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
13543105      +Jordan Tax Service (County of Allegheny),   102 Rahway Road,   McMurray, PA 15317-3349
13543106      +Jordan Tax Service (Cty/Sch Dist of Pitt,   102 Rahway Road,   Canonsburg, PA 15317-3349
13543107      +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13543108      +Litton Loan Servicing #4,   4828 Loop Central Dr,   Houston, TX 77081-2166
13543110      +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
13543112      +Mary L. Harbert-Bell, Esq.,   220 Lake Drive East,   Suite301,   Cherry Hill, NJ 08002-1165
13591612      +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13543115      +Ross C. Cioppa, MDJ,   300 Rankin Blvd.,   Braddock, PA 15104-1066
13543118       Sterling Inc,   DBA KAY JEWLERS,   C/O Weltman Weinberg & Reis,   PO Box 93784,
                Independence, OH 44131
13543119      +Swissvale Municipal Building,   Municipal Code Enforcement Office,   7560 Roslyn Street,
                Pittsburgh, PA 15218-2556
```

```
District/off: 0315-2           User: dbas                  Page 2 of 4                  Date Rcvd: Feb 23, 2018
                               Form ID: 149                Total Noticed: 81


13677618       The Bank of New York Mellon,   c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                P.O. Box 24605,   West Palm Beach, FL 33416-4605
13543123      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgage #14,     8480 Stagecoach Cir,
                Frederick, MD 21701)
13543121       +Weisfield Jewelers,   Attn: Bankruptcy,    Po Box 3680,   Akron, OH 44309-3680
13543122       +Wells Fargo Bank N. A.,    4101 Wiseman Blvd.,   San Antonio, TX 78251-4200
13650793       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13578252       +Wells Fargo Bank, N.A.,    Attn: Bankruptcy Department,    MAC #7416-023,   4101 Wiseman Blvd.,
                San Antonio, TX 78251-4200
13759877        Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage,   1 Home Campus X2302-041,
                Des Moines, IA 50306
13566608       +Wells Fargo Bank, N.A.,    Attn: Payment Processing/Cashiering,    MAC #7416-023,
                4101 Wiseman Blvd.,   San Antonio, TX 78251-4200
13543125       +World Savings & Loan  #2,    Attn: Bankruptcy,    4101 Wiseman Blvd,   San Antonio, TX 78251-4200
13543126       +World Savings & Loan #1,    Attn: Bankruptcy,    4101 Wiseman Blvd,   San Antonio, TX 78251-4200
13543127       +World Savings & Loan #3,    Attn: Bankruptcy,    4101 Wiseman Blvd,   San Antonio, TX 78251-4200
13543092       +chase home finance, LLC #13,    LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13543120        wachovia mortgage,   PO Box 659406,    San Antonio, TX 78265-9406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2018 01:37:56
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
13543078       +E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2018 01:39:27     Ally Financial,
                PO Box 130424,   Saint Paul, MN 55113-0004
13557437       +E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2018 01:39:27     Ally Financial Inc.,
                c/o Ally Servicing LLC,    P.O. Box 130424,   Roseville, MN 55113-0004
13543080       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 24 2018 01:40:12
                Bayview Financial Loan #16,    4425 Ponce De Leon,   Coral Gables, FL 33146-1837
13543096       +E-mail/Text: ccusa@ccuhome.com Feb 24 2018 01:39:26     Credit Coll/usa,   Po Box 873,
                Morgantown, WV 26507-0873
13543097       +E-mail/Text: abovay@creditmanagementcompany.com Feb 24 2018 01:40:10     Credit Management Co,
                2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13605947       +E-mail/Text: kburkley@bernsteinlaw.com Feb 24 2018 01:40:22     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13543100       +E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2018 01:39:27      G M A C,   PO Box 380901,
                Bloomington, MN 55438-0901
13649939        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:51     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13543101       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:27     Gemb/jcp,
                Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13543109       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:50     Lowes / MBGA,
                Attention:  Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
13543111       +E-mail/Text: Diane@mvrlaw.com Feb 24 2018 01:39:28     Martha E. Von Rosenstiel, PC,
                649 South Avenue, Unit 7,    Clifton Heights, PA 19018-3541
13543113       +E-mail/Text: bankruptcydepartment@tsico.com Feb 24 2018 01:40:19     NCO Financial Systems,
                Attn: Bankruptcy,   Po Box 15270,    Wilmington, DE 19850-5270
13605387        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:48
                Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13564908        E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2018 01:39:38
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13551558        E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2018 01:37:10
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13543117       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:04     Sams Club,
                Attention: Bankruptcy Department,    Po Box 105968,   Atlanta, GA 30348-5968
13543124       +E-mail/Text: BKRMailOps@weltman.com Feb 24 2018 01:40:00     Weltman, Weinberg & Reis Co., LPA,
                Po Box 93784,   Cleveland, OH 44101-5784
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Bayview Loan Servicing, LLC
cr             Borough of Swissvale
cr             City and SD of Pittsburgh
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr             Pittsburgh Water & Sewer Authority
cr             Seterus, Inc. as the authorized subservicer for Fe
13543114       NEED LANDLORD INFO
13930550*      Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
13930552*      Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
13798134*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,   Norfolk VA 23541)
13543116*     +Ross C. Cioppa, MDJ,    300 Rankin Blvd,   Braddock, PA 15104-1066
```

```
District/off: 0315-2           User: dbas                  Page 3 of 4                  Date Rcvd: Feb 23, 2018
                               Form ID: 149                Total Noticed: 81

sp              ##+Monte Rabner,    Rabner Law Offices, P.C.,    429 Fourth Avenue,    Suite 800,
                  Pittsburgh, PA 15219-1507
13924816        ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                     TOTALS: 8, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") heather@mvrlaw.com,   Michelle@mvrlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com

```
District/off: 0315-2           User: dbas              Page 4 of 4               Date Rcvd: Feb 23, 2018
                               Form ID: 149            Total Noticed: 81
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com,
               dwells@metzlewis.com
              Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New
               York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the
               Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte  Rabner SAK@SAKLAW.COM
              William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer
               Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 34