Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Major R. Rainey** <br> *Debtor(s)* | Case No. 13–20060–GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | |
| v. <br> **No Respondents** <br> *Respondent(s).* | Related to Document No. 380 <br><br> Hearing Date: 8/15/18 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 29th of May, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 380 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before July 13, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *August 15, 2018 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20060-GLT
Major R. Rainey                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel            Page 1 of 4           Date Rcvd: May 29, 2018
                             Form ID: 604          Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
```
db          +Major R. Rainey,    2415 Allequippa Street,    Apt 110,    Pittsburgh, PA 15213-2330
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
              Chicago, IL 60642-1231
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,    Plainview, NY 11803-4224
cr           JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
              Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr          +PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na,    Robertson, Anschutz & Schneid, P.L.,
              Bankruptcy Department,    6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr           The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
              261 Old York Road,    410 The Pavilion,    Jenkintown, PA  19046
cr          +The Bank of New York Mellon, et al., by its servic,    Stern & Eisenberg, PC,
              1581 Main Street, Suite 200,    Warrington, PA 18976-3400
cr          +WELLS FARGO BANK, N.A.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr          +Wells Fargo Bank, N.A.,    a/k/a Wachovia Mortgage,    4101 Wiseman Blvd,
              San Antonio, TX 78251-4200
13543079    +Bankruptcy Department,    Wells Fargo Bank, NA,    One Home Campus MAC X2302-04c,
              Des Moines, IA 50328-0001
13543081    +Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Pittsburgh, PA 15235
13543082     Bayview Loan Servicing LLC,    PO Box 331409,    Miami, FL 33233-1409
13591615    +Borough of Swissvale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13543093   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,     Attn.: Centralized Bankruptcy,    Po Box 20363,
              Kansas City, MO 64195)
13543083     Cbcs,    Po Box 164089,    Columbus, OH 43216
13543084    +Chase #10,    Po Box 24696,    Columbus, OH 43224-0696
13543085    +Chase #11,    PO Box 24696,    Columbus, OH 43224-0696
13543086    +Chase #12,    PO Box 24696,    Columbus, OH 43224-0696
13543087    +Chase #5,    PO Box 24696,    Columbus, OH 43224-0696
13543088    +Chase #6,    Po Box 24696,    Columbus, OH 43224-0696
13543089    +Chase #7,    PO Box 24696,    Columbus, OH 43224-0696
13543090    +Chase #8,    Po Box 24696,    Columbus, OH 43224-0696
13543091    +Chase #9,    PO Box 24696,    Columbus, OH 43224-0696
13543094    +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
              Coppell, TX 75019-3831
13591614    +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13543095    +City of Pittsburgh Department of Finance,    Bankruptcy,    414 Grant Street,
              Pittsburgh, PA 15219-2419
13591611    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14356768    +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton TX 75006-3357
14332379    +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr.,    Ste 150,
              Carrollton TX 75006-3357
13543098     Federman & Associates,    305 Old York Road,    Suite 300,    Jenkintown, PA 19046
13543099    +First Bank And Trust/s,    Po Box 6000,    Brookings, SD 57006-6000
13543102    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13775603    +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13828431    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13716145    +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13631742    +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
              700 Kansas Lane,    Monroe, LA 71203-4774
13543104    +Jordan Tax Service,    102 Rahway Road,    C/O Pittsburgh Water & Sewer,
              Canonsburg, PA 15317-3349
13543103    +Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13543105    +Jordan Tax Service (County of Allegheny),    102 Rahway Road,    McMurray, PA 15317-3349
13543106    +Jordan Tax Service (Cty/Sch Dist of Pitt,    102 Rahway Road,    Canonsburg, PA 15317-3349
13543107    +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13543108    +Litton Loan Servicing #4,    4828 Loop Central Dr,    Houston, TX 77081-2166
13543110    +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13543112    +Mary L. Harbert-Bell, Esq.,    220 Lake Drive East,    Suite301,    Cherry Hill, NJ 08002-1165
13591612    +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13543115    +Ross C. Cioppa, MDJ,    300 Rankin Blvd.,    Braddock, PA 15104-1066
13543118     Sterling Inc,    DBA KAY JEWLERS,    C/O Weltman Weinberg & Reis,    PO Box 93784,
              Independence, OH 44131
13543119    +Swissvale Municipal Building,    Municipal Code Enforcement Office,    7560 Roslyn Street,
              Pittsburgh, PA 15218-2556
```

```
District/off: 0315-2          User: jhel              Page 2 of 4                Date Rcvd: May 29, 2018
                              Form ID: 604            Total Noticed: 81


13677618        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,     Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13543123       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgage #14,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
13543121       +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
13543122       +Wells Fargo Bank N. A.,    4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
13650793       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,     MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13759877        Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage,    1 Home Campus X2302-041,
                 Des Moines, IA 50306
13578252       +Wells Fargo Bank, N.A.,    Attn: Bankruptcy Department,     MAC #7416-023,    4101 Wiseman Blvd.,
                 San Antonio, TX 78251-4200
13566608       +Wells Fargo Bank, N.A.,    Attn: Payment Processing/Cashiering,     MAC #7416-023,
                 4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
13543125       +World Savings & Loan  #2,    Attn: Bankruptcy,     4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543126       +World Savings & Loan #1,    Attn: Bankruptcy,     4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543127       +World Savings & Loan #3,    Attn: Bankruptcy,     4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543092       +chase home finance, LLC #13,    LA4-5555,     700 Kansas Lane,    Monroe, LA 71203-4774
13543120        wachovia mortgage,    PO Box 659406,    San Antonio, TX 78265-9406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 30 2018 01:54:08
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13543078       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 01:57:27       Ally Financial,
                 PO Box 130424,    Saint Paul, MN 55113-0004
13557437       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 01:57:27       Ally Financial Inc.,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13543080       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2018 01:59:01
                 Bayview Financial Loan #16,    4425 Ponce De Leon,    Coral Gables, FL 33146-1837
13543096       +E-mail/Text: ccusa@ccuhome.com May 30 2018 01:57:26       Credit Coll/usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13543097       +E-mail/Text: abovay@creditmanagementcompany.com May 30 2018 01:58:58       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13605947       +E-mail/Text: kburkley@bernsteinlaw.com May 30 2018 01:59:16       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13543100       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 01:57:27       G M A C,    PO Box 380901,
                 Bloomington, MN 55438-0901
13649939        E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:56:00       GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13543101       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:56:00       Gemb/jcp,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13543109       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:55       Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13543111       +E-mail/Text: Diane@mvrlaw.com May 30 2018 01:57:31       Martha E. Von Rosenstiel, PC,
                 649 South Avenue, Unit 7,    Clifton Heights, PA 19018-3541
13543113       +E-mail/Text: bankruptcydepartment@tsico.com May 30 2018 01:59:11       NCO Financial Systems,
                 Attn: Bankruptcy,    Po Box 15270,    Wilmington, DE 19850-5270
13605387        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 01:54:05
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13564908        E-mail/Text: bnc-quantum@quantum3group.com May 30 2018 01:57:50
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13551558        E-mail/PDF: rmscedi@recoverycorp.com May 30 2018 01:56:12
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13543117       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:56:00       Sams Club,
                 Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
13543124       +E-mail/Text: BKRMailOps@weltman.com May 30 2018 01:58:37       Weltman, Weinberg & Reis Co., LPA,
                 Po Box 93784,    Cleveland, OH 44101-5784
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Bayview Loan Servicing, LLC
cr             Borough of Swissvale
cr             City and SD of Pittsburgh
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr             Pittsburgh Water & Sewer Authority
cr             Seterus, Inc. as the authorized subservicer for Fe
13543114       NEED LANDLORD INFO
13930550*      Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
13930552*      Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
13798134*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
13543116*      +Ross C. Cioppa, MDJ,    300 Rankin Blvd,    Braddock, PA 15104-1066
```

```
District/off: 0315-2           User: jhel                  Page 3 of 4              Date Rcvd: May 29, 2018
                               Form ID: 604                Total Noticed: 81

sp           ##+Monte Rabner,   Rabner Law Offices, P.C.,   429 Fourth Avenue,   Suite 800,
               Pittsburgh, PA 15219-1507
13924816       ##Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                    TOTALS: 8, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A.
               andygornall@latouflawfirm.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com, Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com

```
District/off: 0315-2           User: jhel                  Page 4 of 4                  Date Rcvd: May 29, 2018
                               Form ID: 604                Total Noticed: 81
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com

          Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com, dwells@metzlewis.com

          Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

          Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

          Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte  Rabner SAK@SAKLAW.COM

          William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                                                                                              TOTAL: 34