**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MAJOR R. RAINEY<br><br>   Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>      Movant<br>       vs.<br>No Repondents. | Case No.:13-20060<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

May 25, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 01/04/2013 and confirmed on 5/17/13. The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 609,656.72 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 609,656.72 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,976.54 | |
|    Trustee Fee | 23,472.86 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 36,449.40 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 0.00 | 82,215.00 | 0.00 | 82,215.00 |
|     Acct: 5737 | | | | |
|   CHASE HOME FINANCE | 6,130.15 | 6,130.15 | 5,211.98 | 11,342.13 |
|     Acct: 4175 | | | | |
|   FAY SERVICING LLC - SVCNG AGNT PRC | 0.00 | 25,284.42 | 0.00 | 25,284.42 |
|     Acct: 9227 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 15,504.93 | 0.00 | 15,504.93 |
|     Acct: 8454 | | | | |
|   CHASE MORTGAGE | 1,316.91 | 1,316.91 | 408.10 | 1,725.01 |
|     Acct: XXX6977 | | | | |
|   WELLS FARGO BANK | 5,186.15 | 5,186.15 | 0.00 | 5,186.15 |
|     Acct: 5783 | | | | |
|   WORLD SAVINGS AND LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8462 | | | | |
|   PROF-2013-S3 LEGAL TITLE TRUST IV BY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4652 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX1/13 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0177 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6759 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 1,226.18 | 1,226.18 | 0.00 | 1,226.18 |
|     Acct: 5737 | | | | |
|   WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5783 | | | | |
|   FAY SERVICING LLC - SVCNG AGNT PRC | 13,619.80 | 13,619.80 | 0.00 | 13,619.80 |
|     Acct: 9227 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 438.88 | 438.88 | 0.00 | 438.88 |
|     Acct: 8454 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX: 12 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX: 12 | | | | |

13-20060                                                                                                              Page 2 of 6

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 12 | | | | |
| SWISSVALE BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXX9-10 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 32.38 | 32.38 |
| Acct: XXXXXXXXXXXX0-13 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX0-13 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX2013 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 2,051.27 | 2,051.27 | 993.00 | 3,044.27 |
| Acct: XXXXXXXXXXX8-13 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0-13 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2010 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 10 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX9-10 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 47.63 | 47.63 |
| Acct: XXXXXXXXXXXX1-13 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 101.04 | 101.04 |
| Acct: XXXXXXXXXXXX9-13 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 1,867.17 | 1,867.17 | 872.27 | 2,739.44 |
| Acct: XXXXXXXXXXXX0-13 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX5-07 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX, 10 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (I | 84.05 | 84.05 | 39.46 | 123.51 |
| Acct: XXXXXXXXX2012 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 12 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2065 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX0-12 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 12 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX1962 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 12 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 12 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 12 | | | | |
| WILKINSBURG SD & WILKINSBURG BOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 13 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (I | 8.40 | 8.40 | 0.00 | 8.40 |
| Acct: XXXXXXXXXXXXXXXXX-INT | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (I | 133.49 | 133.49 | 52.27 | 185.76 |
| Acct: J288 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (I | 13.35 | 13.35 | 0.00 | 13.35 |
| Acct: XXXXXXXXXXXXXXXXX-INT | | | | |
| SWISSVALE BOROUGH (REFUSE) | 967.53 | 967.53 | 2,638.75 | 3,606.28 |
| Acct: XXXXXXXXXXXXXXXXX9-12 | | | | |
| SWISSVALE BOROUGH (REFUSE) | 848.49 | 848.49 | 0.00 | 848.49 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX-INT | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 69.06 | 69.06 | 32.80 | 101.86 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 179.27 | 179.27 | 84.29 | 263.56 |
| JPMORGAN CHASE BANK NA <br> Acct: 6985 | 19,015.85 | 19,015.85 | 3,680.12 | 22,695.97 |
| FEDERAL NATIONAL MORTGAGE ASSN <br> Acct: 6759 | 25,000.00 | 25,000.00 | 5,429.93 | 30,429.93 |
| JPMORGAN CHASE BANK NA <br> Acct: 6993 | 16,598.25 | 16,598.25 | 3,844.76 | 20,443.01 |
| JPMORGAN CHASE BANK NA <br> Acct: 0177 | 32,000.00 | 32,000.00 | 3,268.29 | 35,268.29 |
| JPMORGAN CHASE BANK <br> Acct: XXXXXXXX2/13 | 14,385.89 | 14,385.89 | 2,251.63 | 16,637.52 |
| ALLY FINANCIAL(*) <br> Acct: 8503 | 27,827.97 | 27,827.97 | 0.00 | 27,827.97 |
| BANK OF NEW YORK MELLON - TRUSTE <br> Acct: 4705 | 65,355.05 | 65,355.05 | 31,858.19 | 97,213.24 |
| PROF-2013-S3 LEGAL TITLE TRUST IV BY <br> Acct: 4652 | 17,500.00 | 17,500.00 | 2,488.01 | 19,988.01 |
| WELLS FARGO BANK NA <br> Acct: 3988 | 16,000.00 | 16,000.00 | 2,346.89 | 18,346.89 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 17.50 | 17.50 | 8.66 | 26.16 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 34.97 | 34.97 | 133.56 | 168.53 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXXX2013 | 118.25 | 118.25 | 55.57 | 173.82 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXX8-13 | 2,780.97 | 2,780.97 | 1,454.64 | 4,235.61 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXXXXX-INT | 345.12 | 345.12 | 0.00 | 345.12 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXXXXX-INT | 11.10 | 11.10 | 0.00 | 11.10 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXXXXX-INT | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXXXXXXXXXXXXXXXXXX-INT | 473.60 | 473.60 | 0.00 | 473.60 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 9,368.31 | 9,368.31 | 0.00 | 9,368.31 |
|     Acct: 6712 | | | | |
|   PROF-2013-S3 LEGAL TITLE TRUST IV BY | 894.93 | 894.93 | 0.00 | 894.93 |
|     Acct: 4652 | | | | |
|   JPMORGAN CHASE BANK NA | 3,602.60 | 3,602.60 | 0.00 | 3,602.60 |
|     Acct: 6985 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4175 | | | | |
| | | | | 475,809.08 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAJOR R. RAINEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M BERENT ESQ++ | 3,383.57 | 3,383.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT L WILLIAMS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M BERENT ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M BERENT ESQ++ | 9,127.47 | 9,127.47 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-13 | | | | |
|   JAMES M BERENT ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 14.43 | 14.43 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 451.07 | 451.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITY OF PITTSBURGH (EIT)** | 20.94 | 20.94 | 0.00 | 20.94 |
|     Acct: 6679 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 281.00 | 281.00 | 0.00 | 281.00 |
|     Acct: XXXXXXXX-JKF | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA | 1,416.61 | 1,416.61 | 0.00 | 1,416.61 |
|     Acct: 3988 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 4,760.44 | 0.00 | 4,760.44 |
|     Acct: 3988 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 8,934.01 | 0.00 | 8,934.01 |
|     Acct: 6712 | | | | |
|   PROF-2013-S3 LEGAL TITLE TRUST IV BY | 0.00 | 2,855.32 | 0.00 | 2,855.32 |
|     Acct: 4652 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 9,479.92 | 0.00 | 9,479.92 |
|     Acct: 6985 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 5,393.13 | 0.00 | 5,393.13 |
|     Acct: 0177 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 1,300.00 | 1,300.00 | 0.00 | 1,300.00 |
|     Acct: 5737 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 4,794.04 | 0.00 | 4,794.04 |
|     Acct: XXXXXXXX2/13 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 4,894.10 | 0.00 | 4,894.10 |
|     Acct: 6993 | | | | |
| | | | | 44,129.51 |
| **Unsecured** | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1558 | | | | |
| CHRISTOPHER A DENARDO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8875 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0867 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 17,255.10 | 16,020.92 | 0.00 | 16,020.92 |
| Acct: 9109 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3001 | | | | |
| CREDIT COLLECTIONS USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4401 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9443 | | | | |
| FIRST BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0504 | | | | |
| GE CAPITAL RETAIL BANK | 1,495.90 | 1,388.90 | 0.00 | 1,388.90 |
| Acct: 3684 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,440.77 | 4,123.14 | 0.00 | 4,123.14 |
| Acct: 1558 | | | | |
| FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0820 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3312 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 417.50 | 387.64 | 0.00 | 387.64 |
| Acct: 7711 | | | | |
| SWISSVALE BOROUGH** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9941 | | | | |
| SWISSVALE BOROUGH** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2804 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2065 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 9,086.43 | 8,436.52 | 0.00 | 8,436.52 |
| Acct: 4002 | | | | |
| JAMES MCNALLY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSHUA BAKER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 868.13 | 806.03 | 0.00 | 806.03 |
| Acct: 6664 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4705 | | | | |
| PROF-2013-S3 LEGAL TITLE TRUST IV BY | 19,216.75 | 17,842.26 | 0.00 | 17,842.26 |
| Acct: 4652 | | | | |
| FEDERAL NATIONAL MORTGAGE ASSN | 4,591.75 | 4,263.32 | 0.00 | 4,263.32 |
| Acct: 6759 | | | | |
| CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4175 | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 53,268.73 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 573,207.32 |
| TOTAL | |
|   CLAIMED | 3,018.55 |
|   PRIORITY | 285,470.51 |
|   SECURED | 57,372.33 |

Date: 05/25/2018                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　MAJOR R. RAINEY<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:13-20060<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 13-20060-GLT
Major R. Rainey                                                 Chapter 13
       Debtor               CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel              Page 1 of 4          Date Rcvd: May 29, 2018
                            Form ID: pdf900         Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db             +Major R. Rainey,    2415 Allequippa Street,    Apt 110,    Pittsburgh, PA 15213-2330
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
                 Chicago, IL 60642-1231
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA 71203
cr             +PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na,    Robertson, Anschutz & Schneid, P.L.,
                 Bankruptcy Department,    6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr              The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
                 261 Old York Road,    410 The Pavilion,    Jenkintown, PA 19046
cr             +The Bank of New York Mellon, et al., by its servic,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
cr             +WELLS FARGO BANK, N.A.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +Wells Fargo Bank, N.A.,    a/k/a Wachovia Mortgage,    4101 Wiseman Blvd,
                 San Antonio, TX 78251-4200
13543079       +Bankruptcy Department,    Wells Fargo Bank, NA,    One Home Campus MAC X2302-04c,
                 Des Moines, IA 50328-0001
13543081        Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Pittsburgh, PA 15235
13543082        Bayview Loan Servicing LLC,    PO Box 331409,    Miami, FL 33233-1409
13591615       +Borough of Swissvale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13543093       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13543083        Cbcs,   Po Box 164089,    Columbus, OH 43216
13543084       +Chase #10,    Po Box 24696,    Columbus, OH 43224-0696
13543085       +Chase #11,    PO Box 24696,    Columbus, OH 43224-0696
13543086       +Chase #12,    PO Box 24696,    Columbus, OH 43224-0696
13543087       +Chase #5,    PO Box 24696,    Columbus, OH 43224-0696
13543088       +Chase #6,    Po Box 24696,    Columbus, OH 43224-0696
13543089       +Chase #7,    PO Box 24696,    Columbus, OH 43224-0696
13543090       +Chase #8,    Po Box 24696,    Columbus, OH 43224-0696
13543091       +Chase #9,    PO Box 24696,    Columbus, OH 43224-0696
13543094       +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
                 Coppell, TX 75019-3831
13591614       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13543095       +City of Pittsburgh Department of Finance,    Bankruptcy,    414 Grant Street,
                 Pittsburgh, PA 15219-2419
13591611       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14356768       +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton TX 75006-3357
14332379       +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr.,    Ste 150,
                 Carrollton TX 75006-3357
13543098        Federman & Associates,    305 Old York Road,    Suite 300,    Jenkintown, PA 19046
13543099       +First Bank And Trust/s,    Po Box 6000,    Brookings, SD 57006-6000
13543102       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13775603       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13828431       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13716145       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13631742       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13543104       +Jordan Tax Service,    102 Rahway Road,    C/O Pittsburgh Water & Sewer,
                 Canonsburg, PA 15317-3349
13543103       +Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13543105       +Jordan Tax Service (County of Allegheny),    102 Rahway Road,    McMurray, PA 15317-3349
13543106       +Jordan Tax Service (Cty/Sch Dist of Pitt,    102 Rahway Road,    Canonsburg, PA 15317-3349
13543107       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13543108       +Litton Loan Servicing #4,    4828 Loop Central Dr,    Houston, TX 77081-2166
13543110       +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13543112       +Mary L. Harbert-Bell, Esq.,    220 Lake Drive East,    Suite301,    Cherry Hill, NJ 08002-1165
13591612       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13543115       +Ross C. Cioppa, MDJ,    300 Rankin Blvd.,    Braddock, PA 15104-1066
13543118        Sterling Inc,    DBA KAY JEWLERS,    C/O Weltman Weinberg & Reis,    PO Box 93784,
                 Independence, OH 44131
13543119       +Swissvale Municipal Building,    Municipal Code Enforcement Office,    7560 Roslyn Street,
                 Pittsburgh, PA 15218-2556
```

```
District/off: 0315-2           User: jhel                  Page 2 of 4                   Date Rcvd: May 29, 2018
                               Form ID: pdf900             Total Noticed: 81


13677618        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13543123       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgage #14,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
13543121       +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
13543122       +Wells Fargo Bank N. A.,    4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
13650793       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13759877        Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage,    1 Home Campus X2302-041,
                 Des Moines, IA 50306
13578252       +Wells Fargo Bank, N.A.,    Attn: Bankruptcy Department,    MAC #7416-023,    4101 Wiseman Blvd.,
                 San Antonio, TX 78251-4200
13566608       +Wells Fargo Bank, N.A.,    Attn: Payment Processing/Cashiering,    MAC #7416-023,
                 4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
13543125       +World Savings & Loan  #2,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543126       +World Savings & Loan #1,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543127       +World Savings & Loan #3,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543092       +chase home finance, LLC #13,    LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13543120        wachovia mortgage,    PO Box 659406,    San Antonio, TX 78265-9406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 30 2018 01:56:13
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13543078       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 01:57:27      Ally Financial,
                 PO Box 130424,    Saint Paul, MN 55113-0004
13557437       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 01:57:27      Ally Financial Inc.,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13543080       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2018 01:59:01
                 Bayview Financial Loan #16,    4425 Ponce De Leon,    Coral Gables, FL 33146-1837
13543096       +E-mail/Text: ccusa@ccuhome.com May 30 2018 01:57:26      Credit Coll/usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13543097       +E-mail/Text: abovay@creditmanagementcompany.com May 30 2018 01:58:58      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13605947       +E-mail/Text: kburkley@bernsteinlaw.com May 30 2018 01:59:22      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13543100       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 01:57:27       G M A C,    PO Box 380901,
                 Bloomington, MN 55438-0901
13649939        E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:56:02      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13543101       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:57       Gemb/jcp,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13543109       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:02       Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13543111       +E-mail/Text: Diane@mvrlaw.com May 30 2018 01:57:31       Martha E. Von Rosenstiel, PC,
                 649 South Avenue, Unit 7,    Clifton Heights, PA 19018-3541
13543113       +E-mail/Text: bankruptcydepartment@tsico.com May 30 2018 01:59:12      NCO Financial Systems,
                 Attn: Bankruptcy,    Po Box 15270,    Wilmington, DE 19850-5270
13605387        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 01:56:10
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13564908        E-mail/Text: bnc-quantum@quantum3group.com May 30 2018 01:57:53
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13551558        E-mail/PDF: rmscedi@recoverycorp.com May 30 2018 01:54:09
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13543117       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:56:03       Sams Club,
                 Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
13543124       +E-mail/Text: BKRMailOps@weltman.com May 30 2018 01:58:38      Weltman, Weinberg & Reis Co., LPA,
                 Po Box 93784,    Cleveland, OH 44101-5784
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Bayview Loan Servicing, LLC
cr              Borough of Swissvale
cr              City and SD of Pittsburgh
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr              Pittsburgh Water & Sewer Authority
cr              Seterus, Inc. as the authorized subservicer for Fe
13543114        NEED LANDLORD INFO
13930550*       Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
13930552*       Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
13798134*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
13543116*      +Ross C. Cioppa, MDJ,    300 Rankin Blvd,    Braddock, PA 15104-1066
```

```
District/off: 0315-2            User: jhel                  Page 3 of 4                  Date Rcvd: May 29, 2018
                                Form ID: pdf900             Total Noticed: 81

sp              ##+Monte Rabner,    Rabner Law Offices, P.C.,    429 Fourth Avenue,    Suite 800,
                  Pittsburgh, PA 15219-1507
13924816        ##Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                           TOTALS: 8, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A.
               andygornall@latouflawfirm.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
```

```
District/off: 0315-2           User: jhel                 Page 4 of 4               Date Rcvd: May 29, 2018
                               Form ID: pdf900            Total Noticed: 81


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Joshua D. Baker     on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com,
               dwells@metzlewis.com
              Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New
               York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the
               Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte  Rabner SAK@SAKLAW.COM
              William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer
               Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 34
```