# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>R Rainey<br><br>                Debtor(s). | Case No. **13-20060**<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #13** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 05/03/13 and assigned as Claim number 13 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 13 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: June 29, 2018

Respectfully submitted,
Bonial & Associates, P.C.

/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for JP Morgan Chase Bank, National Association

- 2 -

**CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM**

     I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 29th day of June, 2018 via electronic notice unless otherwise stated:

Debtor Via U.S. Mail
R Rainey
2415 Allequippa St Apt 110
Pittsburgh, PA - 15213-2330

Debtors' Attorney
ALBERT G. REESE, JR.
640 Rodi Rd Ste 2
Pittsburgh PA 15235-4512

Chapter 13 Trustee
RONDA J. WINNECOUR
600 Grant St Ste 3250
600 GRANT STREET
Pittsburgh PA 15219-2719

                                          /s/ John Rafferty
                                          John Rafferty