**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Major R. Rainey |
|---|---|
| CASE NO. | 13-20060-GLT |
| RELATED TO DOCUMENT NO. | 384 |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Withdrawal of Claim that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Withdrawal of Claim must be refiled to include the full name of the debtor in the caption.**

You must file The Withdrawal of Claim within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Withdrawal of Claim that is filed in response to this Notice.**

|  |  |
|---|---|
| July 12, 2018 | By: Anne Mazza |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-20060-GLT
Major R. Rainey                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 2    Date Rcvd: Jul 12, 2018
                      Form ID: pdf901    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
              +JP Morgan Chase Bank, National Association,    c/o Bonial & Associates, P.C.,
               Attn: John Rafferty,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
               Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
        Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
         agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         andygornall@latouflawfirm.com
        Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A.
         andygornall@latouflawfirm.com
        Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association ("Fannie Mae") andygornall@latouflawfirm.com
        Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
        Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al... pabk@logs.com
        Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
         debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
        Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
         debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
        Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
         mary@javardianlaw.com;tami@javardianlaw.com
        Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
         mary@javardianlaw.com;tami@javardianlaw.com
        Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
         heather@mvrlaw.com,    Michelle@mvrlaw.com
        Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,    Michelle@mvrlaw.com
        James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
         ypearsol@cohenseglias.com
        James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association ("Fannie Mae") bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
        Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com

```
District/off: 0315-2        User: amaz              Page 2 of 2           Date Rcvd: Jul 12, 2018
                            Form ID: pdf901         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Jeremy J. Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
          Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
          Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
          Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com, dwells@metzlewis.com
          Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte    Rabner SAK@SAKLAW.COM
          William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                    TOTAL: 34