# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:  MAJOR R. RAINEY  Debtor(s) | Case No. 13-20060GLT |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/04/2013.

2) The plan was confirmed on 05/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 02/10/2014, 04/28/2014, 09/09/2014, 05/07/2015, 07/01/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/10/2015, 03/20/2017.

5) The case was completed on 01/08/2018.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,675.00.

10) Amount of unsecured claims discharged without payment: $11,932.45.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $609,656.72 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $609,656.72

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $12,976.54 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $23,472.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $36,449.40

Attorney fees paid and disclosed by debtor:       $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL(*) | Unsecured | 1,184.85 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL(*) | Secured | 36,464.00 | 27,827.97 | 27,827.97 | 27,827.97 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 146,225.51 | 184,893.94 | 65,355.05 | 65,355.05 | 31,858.19 |
| BANK OF NEW YORK MELLON - TRU | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC** | Secured | 0.00 | 1,226.18 | 1,226.18 | 1,226.18 | 0.00 |
| BAYVIEW LOAN SERVICING LLC** | Secured | 119,444.18 | 118,386.86 | 0.00 | 82,215.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC** | Priority | 0.00 | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 |
| CBCS++ | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | 42,011.11 | 0.00 | 6,130.15 | 6,130.15 | 5,211.98 |
| CHASE HOME FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MORTGAGE | Secured | 29,075.95 | NA | 1,316.91 | 1,316.91 | 408.10 |
| CITIFINANCIAL INC (NON-RE*)++ | Unsecured | 2,056.00 | NA | NA | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 8.40 | 8.40 | 8.40 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 133.49 | 133.49 | 133.49 | 52.27 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 13.35 | 13.35 | 13.35 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 133.49 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 256.76 | 84.05 | 84.05 | 84.05 | 39.46 |
| CITY OF PITTSBURGH (EIT)** | Priority | 20.94 | 20.94 | 20.94 | 20.94 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 281.00 | 281.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Secured | NA | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Priority | NA | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 25.33 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 75.98 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 478.40 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 87.46 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 0.00 | 69.06 | 69.06 | 69.06 | 32.80 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 0.00 | 217.58 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 0.00 | 179.27 | 179.27 | 179.27 | 84.29 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 0.00 | 259.68 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ᵃ | Secured | 0.00 | 17.50 | 17.50 | 17.50 | 8.66 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 339.14 | 34.97 | 34.97 | 133.56 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 160.35 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 169.81 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 192.04 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 69.06 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 973.43 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 1,028.30 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 118.25 | 118.25 | 118.25 | 55.57 |
| CREDIT COLLECTIONS USA++ | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 9,086.43 | 9,086.43 | 8,436.52 | 0.00 |
| FAY SERVICING LLC - SVCNG AGNT | Secured | 32,072.00 | 38,111.65 | 0.00 | 25,284.42 | 0.00 |
| FAY SERVICING LLC - SVCNG AGNT | Secured | 0.00 | 13,619.80 | 13,619.80 | 13,619.80 | 0.00 |
| FDS NATIONAL BANK | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Unsecured | 0.00 | 0.00 | 4,591.75 | 4,263.32 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 21,509.44 | 29,591.75 | 25,000.00 | 25,000.00 | 5,429.93 |
| FEDERAL NATIONAL MORTGAGE AS | Priority | 0.00 | 0.00 | 0.00 | 4,794.04 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 0.00 | 438.88 | 438.88 | 438.88 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 20,221.62 | 20,787.83 | 0.00 | 15,504.93 | 0.00 |
| FIRST BANK & TRUST | Unsecured | 1,151.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,495.90 | 1,495.90 | 1,495.90 | 1,388.90 | 0.00 |
| HSBC BANK++ | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 18,270.00 | 23,754.20 | 14,385.89 | 14,385.89 | 2,251.63 |
| JPMORGAN CHASE BANK NA | Secured | 13,895.82 | 16,598.25 | 16,598.25 | 16,598.25 | 3,844.76 |
| JPMORGAN CHASE BANK NA | Secured | 44,168.25 | 49,913.59 | 32,000.00 | 32,000.00 | 3,268.29 |
| JPMORGAN CHASE BANK NA | Priority | 0.00 | 0.00 | 0.00 | 4,894.10 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 23,667.96 | 22,618.45 | 19,015.85 | 19,015.85 | 3,680.12 |
| JPMORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 3,602.60 | 3,602.60 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 9,368.31 | 9,368.31 | 0.00 |
| JPMORGAN CHASE BANK NA | Priority | 0.00 | 0.00 | 0.00 | 8,934.01 | 0.00 |
| JPMORGAN CHASE BANK NA | Priority | 0.00 | 0.00 | 0.00 | 9,479.92 | 0.00 |
| JPMORGAN CHASE BANK NA | Priority | 0.00 | 0.00 | 0.00 | 5,393.13 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 444.95 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 204.84 | 410.25 | 0.00 | 0.00 | 32.38 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 248.80 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 1,404.02 | 1,631.70 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 1,787.06 | 2,138.77 | 2,051.27 | 2,051.27 | 993.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 46.47 | 272.19 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 207.75 | 170.33 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 12.58 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 98.53 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 201.62 | 525.03 | 0.00 | 0.00 | 47.63 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 1,323.80 | 0.00 | 0.00 | 0.00 | 101.04 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 310.93 | 1,867.17 | 1,867.17 | 1,867.17 | 872.27 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 424.25 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 3,024.20 | 2,780.97 | 2,780.97 | 1,454.64 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 345.12 | 345.12 | 345.12 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 79.28 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 77.04 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 99.13 | 11.10 | 11.10 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTI | Secured | 0.00 | 473.60 | 473.60 | 473.60 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,315.00 | 4,440.77 | 4,440.77 | 4,123.14 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 16,126.00 | 17,255.10 | 17,255.10 | 16,020.92 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 388.00 | 417.50 | 417.50 | 387.64 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 868.13 | 868.13 | 806.03 | 0.00 |
| PROF-2013-S3 LEGAL TITLE TRUST IV | Unsecured | 0.00 | 0.00 | 19,216.75 | 17,842.26 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV | Priority | 0.00 | 0.00 | 0.00 | 2,855.32 | 0.00 |
| PROF-2013-S3 LEGAL TITLE TRUST IV | Secured | 0.00 | 0.00 | 894.93 | 894.93 | 0.00 |
| PROF-2013-S3 LEGAL TITLE TRUST IV | Secured | 33,830.78 | 18,394.93 | 17,500.00 | 17,500.00 | 2,488.01 |
| PROF-2013-S3 LEGAL TITLE TRUST IV | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOI | Secured | 1,816.01 | 1,816.01 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOI | Unsecured | 1,816.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| SWISSVALE BOROUGH (RE) | Secured | 10,559.48 | NA | NA | 0.00 | 0.00 |
| SWISSVALE BOROUGH (REFUSE) | Secured | NA | 9,251.75 | 967.53 | 967.53 | 2,638.75 |
| SWISSVALE BOROUGH (REFUSE) | Secured | NA | 7,133.06 | 848.49 | 848.49 | 0.00 |
| SWISSVALE BOROUGH** | Unsecured | 922.50 | NA | NA | 0.00 | 0.00 |
| SWISSVALE BOROUGH** | Unsecured | 324.50 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Secured | 0.00 | 10,710.94 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | Secured | 30,688.07 | 33,572.17 | 5,186.15 | 5,186.15 | 0.00 |
| WELLS FARGO BANK NA | Priority | 0.00 | 0.00 | 0.00 | 4,760.44 | 0.00 |
| WELLS FARGO BANK NA | Secured | 18,906.94 | 24,389.67 | 16,000.00 | 16,000.00 | 2,346.89 |
| WELLS FARGO BANK NA | Priority | 0.00 | 5,914.01 | 1,416.61 | 1,416.61 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | 1,228.00 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | 562.00 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | 1,183.00 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | 802.48 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG SD & WILKINSBURG | Secured | 983.25 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) ( | Secured | 983.25 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) ( | Secured | 2,685.00 | NA | NA | 0.00 | 0.00 |
| WORLD SAVINGS AND LOAN | Secured | 46,306.47 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $232,354.09 | $355,358.44 | $60,787.90 |
| Mortgage Arrearage | $15,284.86 | $15,284.86 | $0.00 |
| Debt Secured by Vehicle | $27,827.97 | $27,827.97 | $0.00 |
| All Other Secured | $10,003.59 | $10,003.59 | $6,546.32 |
| **TOTAL SECURED:** | **$285,470.51** | **$408,474.86** | **$67,334.22** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,018.55 | $44,129.51 | $0.00 |
| **TOTAL PRIORITY:** | **$3,018.55** | **$44,129.51** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$57,372.33** | **$53,268.73** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $36,449.40 |
| Disbursements to Creditors | $573,207.32 |
| **TOTAL DISBURSEMENTS** : | **$609,656.72** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/23/2018                By: /s/ Ronda J. Winnecour
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**