**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Major R. Rainey** | Social Security number or ITIN **xxx–xx–0177** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–20060–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Major R. Rainey

7/25/18                                                        **By the court:**    Gregory L. Taddonio
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-20060-GLT
Major R. Rainey                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz            Page 1 of 4         Date Rcvd: Jul 25, 2018
                Form ID: 3180W          Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
```
db         +Major R. Rainey,    2415 Allequippa Street,    Apt 110,    Pittsburgh, PA 15213-2330
cr          Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr         +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
             Chicago, IL 60642-1231
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,    Plainview, NY 11803-4224
cr          JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
             Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr         +PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na,    Robertson, Anschutz & Schneid, P.L.,
             Bankruptcy Department,    6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr          The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
             261 Old York Road,    410 The Pavilion,    Jenkintown, PA  19046
cr         +The Bank of New York Mellon, et al., by its servic,    Stern & Eisenberg, PC,
             1581 Main Street, Suite 200,    Warrington, PA 18976-3400
cr         +Wells Fargo Bank, N.A.,    a/k/a Wachovia Mortgage,    4101 Wiseman Blvd,
             San Antonio, TX 78251-4200
13543082    Bayview Loan Servicing LLC,    PO Box 331409,    Miami, FL 33233-1409
13543081    Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Pittsburgh, PA 15235
13591615   +Borough of Swissvale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13543084   +Chase #10,    Po Box 24696,    Columbus, OH 43224-0696
13543085   +Chase #11,    PO Box 24696,    Columbus, OH 43224-0696
13543086   +Chase #12,    PO Box 24696,    Columbus, OH 43224-0696
13543087   +Chase #5,    PO Box 24696,    Columbus, OH 43224-0696
13543088   +Chase #6,    Po Box 24696,    Columbus, OH 43224-0696
13543089   +Chase #7,    PO Box 24696,    Columbus, OH 43224-0696
13543090   +Chase #8,    Po Box 24696,    Columbus, OH 43224-0696
13543091   +Chase #9,    PO Box 24696,    Columbus, OH 43224-0696
13543094   +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
             Coppell, TX 75019-3831
13591614   +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13543095   +City of Pittsburgh Department of Finance,    Bankruptcy,    414 Grant Street,
             Pittsburgh, PA 15219-2419
13591611   +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14356768   +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton TX 75006-3357
14332379   +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr.,    Ste 150,
             Carrollton TX 75006-3357
13543098    Federman & Associates,    305 Old York Road,    Suite 300,    Jenkintown, PA 19046
13543099   +First Bank And Trust/s,    Po Box 6000,    Brookings, SD 57006-6000
13775603   +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center,    Attn: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13828431   +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13631742   +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
             700 Kansas Lane,    Monroe, LA 71203-4774
13716145   +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
             Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13543104   +Jordan Tax Service,    102 Rahway Road,    C/O Pittsburgh Water & Sewer,
             Canonsburg, PA 15317-3349
13543103   +Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13543105   +Jordan Tax Service (County of Allegheny),    102 Rahway Road,    McMurray, PA 15317-3349
13543106   +Jordan Tax Service (Cty/Sch Dist of Pitt,    102 Rahway Road,    Canonsburg, PA 15317-3349
13543107   +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13543108   +Litton Loan Servicing #4,    4828 Loop Central Dr,    Houston, TX 77081-2166
13543112   +Mary L. Harbert-Bell, Esq.,    220 Lake Drive East,    Suite301,    Cherry Hill, NJ 08002-1165
13591612   +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13543115   +Ross C. Cioppa, MDJ,    300 Rankin Blvd.,    Braddock, PA 15104-1066
13543118    Sterling Inc,    DBA KAY JEWLERS,    C/O Weltman Weinberg & Reis,    PO Box 93784,
             Independence, OH 44131
13543119   +Swissvale Municipal Building,    Municipal Code Enforcement Office,    7560 Roslyn Street,
             Pittsburgh, PA 15218-2556
13677618    The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
             P.O. Box 24605,    West Palm Beach, FL 33416-4605
13543121   +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
13543122   +Wells Fargo Bank N.A.,    4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
13578252   +Wells Fargo Bank, N.A.,    Attn: Bankruptcy Department,    MAC #7416-023,    4101 Wiseman Blvd.,
             San Antonio, TX 78251-4200
13759877    Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage,    1 Home Campus X2302-041,
             Des Moines, IA 50306
```

```
District/off: 0315-2          User: amaz                  Page 2 of 4                   Date Rcvd: Jul 25, 2018
                              Form ID: 3180W              Total Noticed: 82


13566608       +Wells Fargo Bank, N.A.,    Attn: Payment Processing/Cashiering,    MAC #7416-023,
                 4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
13543125       +World Savings & Loan  #2,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543126       +World Savings & Loan #1,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543127       +World Savings & Loan #3,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13543092       +chase home finance, LLC #13,    LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13543120        wachovia mortgage,    PO Box 659406,    San Antonio, TX 78265-9406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:04:45       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: RECOVERYCORP.COM Jul 26 2018 05:58:00       Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
cr             +EDI: WFFC.COM Jul 26 2018 05:58:00       WELLS FARGO BANK, N.A.,    MAC X7801-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13543078       +EDI: GMACFS.COM Jul 26 2018 05:48:00       Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
13557437       +EDI: GMACFS.COM Jul 26 2018 05:48:00       Ally Financial Inc.,    c/o Ally Servicing LLC,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13543079       +EDI: WFFC.COM Jul 26 2018 05:58:00       Bankruptcy Department,    Wells Fargo Bank, NA,
                 One Home Campus MAC X2302-04c,    Des Moines, IA 50328-0001
13543080       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 26 2018 02:05:24
                 Bayview Financial Loan #16,    4425 Ponce De Leon,    Coral Gables, FL 33146-1837
13543093        EDI: CITICORP.COM Jul 26 2018 05:53:00       Citibank Usa,    Attn.: Centralized  Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
13543083        EDI: CBCSI.COM Jul 26 2018 05:58:00       Cbcs,    Po Box 164089,    Columbus, OH 43216
13543096       +EDI: CCUSA.COM Jul 26 2018 05:48:00       Credit Coll/usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13543097       +E-mail/Text: abovay@creditmanagementcompany.com Jul 26 2018 02:05:22       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13605947       +E-mail/Text: kburkley@bernsteinlaw.com Jul 26 2018 02:05:36       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13543100       +EDI: GMACFS.COM Jul 26 2018 05:48:00       G M A C,    PO Box 380901,    Bloomington, MN 55438-0901
13649939        EDI: RMSC.COM Jul 26 2018 05:53:00       GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
13543101       +EDI: RMSC.COM Jul 26 2018 05:53:00       Gemb/jcp,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
13543102       +EDI: HFC.COM Jul 26 2018 05:53:00       Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13543109       +EDI: RMSC.COM Jul 26 2018 05:53:00       Lowes / MBGA,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
13543110       +EDI: TSYS2.COM Jul 26 2018 05:53:00       Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
13543111       +E-mail/Text: Diane@mvrlaw.com Jul 26 2018 02:04:26       Martha E. Von Rosenstiel, PC,
                 649 South Avenue, Unit 7,    Clifton Heights, PA 19018-3541
13543113       +E-mail/Text: bankruptcydepartment@tsico.com Jul 26 2018 02:05:30       NCO Financial Systems,
                 Attn: Bankruptcy,    Po Box 15270,    Wilmington, DE 19850-5270
13605387        EDI: PRA.COM Jul 26 2018 05:58:00       Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13564908        EDI: Q3G.COM Jul 26 2018 05:58:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13551558        EDI: RECOVERYCORP.COM Jul 26 2018 05:58:00       Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13543117       +EDI: RMSC.COM Jul 26 2018 05:53:00       Sams Club,    Attention: Bankruptcy Department,
                 Po Box 105968,    Atlanta, GA 30348-5968
13543123        EDI: WFFC.COM Jul 26 2018 05:58:00       Wells Fargo Hm Mortgage #14,    8480 Stagecoach Cir,
                 Frederick, MD 21701
13650793       +EDI: WFFC.COM Jul 26 2018 05:58:00       Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
13543124       +E-mail/Text: BKRMailOps@weltman.com Jul 26 2018 02:05:12       Weltman, Weinberg & Reis Co., LPA,
                 Po Box 93784,    Cleveland, OH 44101-5784
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Bayview Loan Servicing, LLC
cr              Borough of Swissvale
cr              City and SD of Pittsburgh
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr              Pittsburgh Water & Sewer Authority
cr              Seterus, Inc. as the authorized subservicer for Fe
13543114        NEED LANDLORD INFO
```

```
District/off: 0315-2               User: amaz              Page 3 of 4              Date Rcvd: Jul 25, 2018
                                   Form ID: 3180W         Total Noticed: 82

13930550*         Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
13930552*         Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
13798134*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13543116*       +Ross C. Cioppa, MDJ,    300 Rankin Blvd,    Braddock, PA 15104-1066
sp            ##+Monte Rabner,    Rabner Law Offices, P.C.,    429 Fourth Avenue,    Suite 800,
                 Pittsburgh, PA 15219-1507
13924816       ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                              TOTALS: 8, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:

```
              Albert G. Reese, Jr.    on behalf of Debtor Major R. Rainey areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Andrew F Gornall    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Defendant    JPMorgan Chase Bank, N.A.
               andygornall@latouflawfirm.com
              Christopher A. DeNardo    on behalf of Defendant    JPMorgan Chase Bank, N.A. pabk@logs.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Defendant    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Gregory Javardian    on behalf of Defendant    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bayview Loan Servicing, LLC greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com, Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
              James McNally    on behalf of Defendant    JPMorgan Chase Bank, N.A. jmcnally@metzlewis.com,
               ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Defendant    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James M. Berent    on behalf of Plaintiff Major R. Rainey jamesberent@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
```

```
District/off: 0315-2         User: amaz              Page 4 of 4         Date Rcvd: Jul 25, 2018
                             Form ID: 3180W          Total Noticed: 82


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association  ("Fannie Mae") jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Joshua D. Baker    on behalf of Defendant    JPMorgan Chase Bank, N.A. jbaker@metzlewis.com,
               dwells@metzlewis.com
              Leslie J. Rase, Esq.    on behalf of Defendant    The Bank of New York Mellon f/k/a The Bank of New
               York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the
               Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Spec. Counsel Monte  Rabner SAK@SAKLAW.COM
              William E. Miller    on behalf of Creditor    The Bank of New York Mellon, et al., by its servicer
               Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 34
```